

## THE CITY OF NEW YORK
## LAW DEPARTMENT

**ZACHARY W. CARTER**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Carolyn K. Depoian
Assistant Corporation Counsel
phone: (212) 356-2358
fax: (212) 356-3509
email: cdepoian@law.nyc.gov

August 3, 2015

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 10007

Re:  Ramsey Baines v. The City of New York, et al.,
15 CV 01472- SLT-VMS

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants the City of New York and Eugene Donnelly in the above-referenced matter.[1]  Defendants write respectfully to adjourn the initial conference presently scheduled for August 5, 2015, at 10:00 a.m., because the undersigned has a conflicting initial conference scheduled in another matter before the Honorable Viktor V. Pohorelsky at that time.  This is defendants' first request to reschedule the initial conference, and plaintiff's counsel, Robert Marinelli, Esq., consents to this request.

The parties are available on August 5, 2015 after 4:00 p.m., August 10, 2015 at 10:00 a.m., or any day thereafter that is convenient to the Court.

---

[1] This case has been assigned to Assistant Corporation Counsel Fayola N. Alibey, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Alibey may be reached directly at (212) 356-2334.

- 2 -

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        /s
                                        Carolyn K. Depoian
                                        Assistant Corporation Counsel

cc:      BY ECF
           Robert Marinelli, Esq.
           *Attorney for Plaintiff*